UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: MARC A. RAPAPORT, ESQ. - 1188

| | |
|---|---|
| ARTURO RAMIREZ<br><br>　　　　　　　　　　　　　　　　Plaintiff(s)<br><br>- against -<br><br>SUPERIOR ONE MANAGEMENT CORP. ET AL<br><br>　　　　　　　　　　　　　　　　Defendant(s) | Index #: 19 CV 02287 (ALC)<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 26, 2019 at 12:05 PM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS & VERIFIED COMPLAINT on 9039 MK REALTY GROUP LLC, the defendant/respondent therein named,

**SECRETARY OF STATE**   by delivering two true copies to NANCY DOUGHERTY personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 55 | 5'4 | 145 |

Sworn to me on: March 26, 2019

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2022 | Robin Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2021 | Gotham Process Inc.<br>299 Broadway<br>New York NY 10007 | STEVEN C AVERY<br><br>Docket #:　　*1112925* |