Rapaport Law Firm, PLLC | Attorneys at Law | One Penn Plaza | Suite 2430 | New York, NY 10119 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport
# Law Firm

Marc A. Rapaport*
Tel  (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

July 23, 2019

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

> Re:    **Arturo Ramirez v. Superior One Management Corp. et al.**
>        **Case No. 19-cv-02287 (ALC)**

Dear Judge Carter:

We represent Plaintiff, Arturo Ramirez, in the above-referenced action, which involves wage claims under the Fair Labor Standards Act.  Together with Defendants' counsel, we write to inform the Court that through mediation, the parties have reached a settlement in principle. We ask that the Court grant the parties three weeks (*i.e.*, until August 13, 2019) to submit a request for the Court's approval of the proposed settlement agreement.

Respectfully submitted,

/s/

Marc A. Rapaport

cc:  mediationoffice@nysd.uscourts.gov