Rapaport Law Firm, PLLC | Attorneys at Law | One Penn Plaza | Suite 2430 | New York, NY 10119 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

**Rapaport Law Firm**

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

October 18, 2019

**BY ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:    **Arturo Ramirez v. Superior One Management Corp. et al.**
                **Case No. 19-cv-02287 (ALC)**

Dear Judge Carter:

      This firm represents Plaintiff, Arturo Ramirez ("Plaintiff") in the above-referenced matter, which involves claims for wage and hour violations, including claims under the FLSA. On August 19, 2019, the parties filed a joint request for approval of the parties' proposed settlement agreement (the "Agreement") pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015). Dkt. 73. Plaintiff submits this letter to inform the Court that Defendants tendered all three of the installment payments required of Defendants under Section 1 of the Agreement. At present, our firm is holding the second and third installment checks in escrow pending *Cheeks* approval. Plaintiff believes that Defendants' timely remittance of the settlement checks (even before Court approval) is a further factor that supports approval of the Agreement pursuant to *Cheeks*.

      We thank the Court for its consideration of the parties' motion papers, as well as this letter.

                                                  Respectfully yours,

                                                        /s/
                                               Marc A. Rapaport

cc:      Joshua Marcus, Esq. (*Via ECF only*)