UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

RAMIREZ,

                Plaintiff,

      -against-                          1:19-cv-02287 (ALC)

SUPERIOR ONE MANAGEMENT CORP.,      ORDER
et al,

                Defendants.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' settlement agreement filed August 19, 2019. (ECF No. 73-1.) Having reviewed the revised settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated:**   November 1, 2019
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-01-19